14021.   COMMERCIAL CREDIT COMPANY INC. *v.* DEAN.

BROYLES, C. J.   There being an acute conflict in the evidence as to whether the note sued upon had been paid, as set up in the defendant's plea, the court erred in directing a verdict for the defendant.' The evidence did not show an accord and satisfaction.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 11, 1923.

Complaint; from Upson superior court — Judge Searcy.   September 16, 1922.

*Claude Worrill,* for plaintiff.   *James R. Davis,* for defendant.

---

14022.   BAKER et al. *v.* THE STATE.

BROYLES, C. J.   It affirmatively appearing from the recitals in the bill of exceptions that it was not tendered to the judge within 20 days from the date of the judgment overruling the motion for a new trial, the bill of exceptions cannot be entertained by this court.

*Writ of error dismissed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 11, 1923.

Indictment for robbery; from Clayton superior court — Judge Hutcheson.   September 16, 1922.

*E. C. Buchanan, W. T. Buchanan, J. C. Murphy,* for plaintiff in error.

*A. M. Brand, solicitor-general, B. F. Burgess,* contra.